FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    -vs-<br><br>RUFUS MNU WARNOCK,<br><br>    Defendant. | No.   2:13-CR-0008-WFN-38<br><br>ORDER DISMISSING INDICTMENT AND QUASHING ARREST WARRANT<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

Pending before the Court is the Government's Motion to Dismiss Indictment and Quash Arrest Warrant. ECF No. 4657. The Government seeks to dismiss the Indictment without prejudice as to Defendant Warnock only pursuant to Fed. R. of Crim. Pro. 48(a). The Court has reviewed the file and motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion to Dismiss Indictment and Quash Arrest Warrant, filed May 20, 2022, **ECF No. 4657**, is **GRANTED**.

2. The Indictment and forfeiture allegations, as to Defendant Warnock (38) **only**, are **DISMISSED without prejudice.**

3. The arrest warrant for Rufus Warnock is **QUASHED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshals Service – **action required**.

**DATED** this 31st day of May, 2022.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

05-24-22

ORDER